**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**

Beth A. Buchanan
United States Bankruptcy Judge

**Dated: November 25, 2026**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| | ) | |
| **In re:** | ) | |
| | ) | **Case No. 26-13132** |
| **TOAST & BERRY MONTGOMERY, LLC** | ) | **Chapter 11** |
| | ) | **Subchapter V** |
| | ) | |
| **Debtor and Debtor In Possession** | ) | **Judge Buchanan** |

**ORDER SETTING STATUS AND SCHEDULING CONFERENCE AND REQUIRING DEBTOR TO FILE AND SERVE SECTION 1188(c) REPORT [Docket Number 11]**

On November 23, 2026, Debtor and Debtor-in-Possession Toast & Berry Montgomery, LLC ("Debtor") filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code and has chosen to proceed under Subchapter V (11 U.S.C. §§ 1181-1195). Pursuant to Debtor's Motion [Docket Number 11] and 11 U.S.C. § 1188, this Court sets the following:

**I. Status and Scheduling Conference**

This Court will hold a status conference as required by 11 U.S.C. § 1188(a) on **January 21, 2027 at 1:00 p.m.** before the Honorable Beth A. Buchanan, United States Bankruptcy Judge

at the United States Bankruptcy Court, Atrium Two, Suite 814, Courtroom 1, 221 East Fourth Street, Cincinnati, Ohio 45202. This status conference may further be used for scheduling purposes.

As an alternative to attendance in-person, parties and their attorneys may choose to attend the hearing telephonically. However, any party attending telephonically is not permitted to present exhibits or examine or cross-examine witnesses. Parties seeking to attend telephonically shall contact Judge Buchanan's Courtroom Deputy, Heather Gilliam, by telephone at (513) 684-2468 or by email at Heather_Gilliam@ohsb.uscourts.gov for call-in instructions for the hearing **no later than January 20, 2027 at 4:00 p.m.**

If witness testimony will be necessary, the public will be unable to listen telephonically to that portion of the proceeding.

Any creditor or party in interest may participate in the status and scheduling conference, but the Debtor, Debtor's counsel, and the Subchapter V Trustee are required to participate. *See* 11 U.S.C. §§ 1116(2), 1183(b)(3) and 1187(b).

## II. Report

**On or before January 7, 2027,** the Debtor shall file with this Court and serve on the Subchapter V Trustee and all parties in interest a report detailing "the efforts the [D]ebtor has undertaken and will undertake to attain a consensual plan of reorganization." 11 U.S.C. § 1188(c).

SO ORDERED.

**No unauthorized recording of Court proceedings is permitted.**

Distribution list:

All Creditors and Parties in Interest